ACCEPTED
12-15-00061-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/28/2015 4:33:51 PM
CATHY LUSK
CLERK

## NO. 12-15-00061-CV

**IN THE TWELFTH COURT OF APPEALS
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/28/2015 4:33:51 PM
CATHY S. LUSK
Clerk

**ALINEA FAMILY HOSPICE CARE LLC D/B/A ALINEA FAMILY HOSPICE CARE, DONNA JUNKERSFELD, R.N., AND KARLA GAMBLE, LVN**
**APPELLANTS,**

**v.**

**PEGGY GOLDSMITH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUTH N. MASSEY,**

**APPELLEE.**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Alinea Family Hospice Care LLC d/b/a Alinea Family Hospice Care, Donna Junkersfeld, R.N., and Karla Gamble, LVN give notice that they do not oppose the relief requested in Appellee's Motion for Extension of Time to File Appellee's Brief filed in this court on May 27, 2015 and would show the Court the following:

1.     Appellee conferred with the undersigned on May 27, 2015 prior to the filing of the Motion, but Appellant's counsel was unable to communicate with his client and assent to the Motion before Appellee had to file the Motion.

2.     Appellants now notify the Court they do not oppose Appellee's Motion.

Wherefore, Appellants respectfully notify the Court that they do not oppose Appellee's Motion.

Dated: May 28, 2015                    Respectfully submitted,

Jason D. Mazingo
State Bar No. 24055925
Jason@MazingoFirm.com
THE MAZINGO FIRM, P.C.
305 South Broadway Avenue, Suite 404
Tyler, Texas 75702
Telephone: 903-630-7123
Facsimile:

**ATTORNEY FOR APPELLANTS ALINEA FAMILY HOSPICE CARE, LLC D/B/A ALINEA FAMILY HOSPICE CARE, DONNA JUNKERSFELD, RN AND KARLA GAMBLE, LVN.**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that this Notice of Nonopposition has been served, this 18th day of May, 2015 by electronic mail to the following counsel of record:

**Patrick Powers**
patrick@powerstaylor.com
**Anjulie Ponce**
anjulie@powerstaylor.com
**Meredith Matthews**
meredith@powerstaylor.com
Powers Taylor LLP
8150 North Central Expressway, Suite 1575
Dallas, Texas 75206

Jason D. Mazingo